IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM BURR MILLIRON,**

    *Petitioner*,

v.                                                              **Case No.: 3:26cv1108-MW/MJF**

**RICKY D. DIXON,**

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is **DISMISSED** for failure to comply with two court Orders, failure to prosecute, and failure to pay the filing fee." The Clerk shall close the file.

**SO ORDERED on July 21, 2026.**

                                 **s/Mark E. Walker**
                                 **United States District Judge**